```
UNITED STATES BANKRUPTCY COURT, NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

IN RE:                                      CASE NO. 04 B 18323
    BRENDA SHELBY
                                            CHAPTER 13

                                            JUDGE: JACK B SCHMETTERER

         Debtor
    SSN XXX-XX-3638

--------------------------------------------------------------------------
               TRUSTEE'S FINAL REPORT AND ACCOUNT
--------------------------------------------------------------------------
    The case was filed on 05/10/2004 and was confirmed 07/28/2004.

    The plan was confirmed to pay secured creditors 100% and unsecured
creditors  10.00%.

    The case was dismissed after confirmation 03/24/2008.
--------------------------------------------------------------------------
```

| CREDITOR NAME | CLASS | CLAIM AMOUNT | INTEREST PAID | PRINCIPAL PAID |
|---|---|---|---|---|
| SEAWAY NATIONAL BANK | MORTGAGE ARRE | 7347.00 | .00 | 5531.26 |
| SEAWAY NATIONAL BANK | CURRENT MORTG | .00 | .00 | .00 |
| SEAWAY NATIONAL BANK | NOTICE ONLY | NOT FILED | .00 | .00 |
| TOYOTA MOTOR CREDIT | SECURED | 12950.00 | 4834.87 | 8432.60 |
| TOYOTA MOTOR CREDIT | UNSECURED | 5793.43 | .00 | .00 |
| COMMONWEALTH EDISON | UNSECURED | NOT FILED | .00 | .00 |
| CROSS COUNTRY BANK | UNSECURED | NOT FILED | .00 | .00 |
| ISAC | UNSECURED | NOT FILED | .00 | .00 |
| ISAC | NOTICE ONLY | NOT FILED | .00 | .00 |
| NICOR GAS | UNSECURED | 216.74 | .00 | .00 |
| RESURGENT CAPITAL SERVIC | UNSECURED | 6378.98 | .00 | .00 |
| ISAC | UNSECURED | 15587.61 | .00 | .00 |
| SEARS ROEBUCK & CO | UNSECURED | NOT FILED | .00 | .00 |
| JOSEPH WROBEL | DEBTOR ATTY | 2,194.00 | | 2,194.00 |
| TOM VAUGHN | TRUSTEE | | | 1,237.27 |
| DEBTOR REFUND | REFUND | | | .00 |

```
    Summary of Receipts and Disbursements:
--------------------------------------------------------------------------
                       RECEIPTS              DISBURSEMENTS
--------------------------------------------------------------------------
TRUSTEE               22,230.00

PRIORITY                                           .00
SECURED                                      13,963.86
    INTEREST                                  4,834.87
UNSECURED                                          .00
ADMINISTRATIVE                                2,194.00
TRUSTEE COMPENSATION                          1,237.27
DEBTOR REFUND                                      .00
                      --------------         --------------
TOTALS                22,230.00              22,230.00
```

                 PAGE  1 - CONTINUED ON NEXT PAGE
         CASE NO. 04 B 18323 BRENDA SHELBY

Based on the above information, the Trustee requests the court enter an order discharging the Trustee, releasing the Trustee's surety from any further liability related to the above proceedings.

Dated: 06/25/08

/s/ Tom Vaughn
_____
TOM VAUGHN
CHAPTER 13 TRUSTEE